**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Ifrain Morin and Maureen A. Morin | No.   11-36432 |
| Debtor | Hon.  Bruce W. Black |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on December 27, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Patrick Semrad and Glenn B. Stearns on December 27, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769


**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Ifrain Morin and Maureen A. Morin
3792 E. 2702nd Road
Sheridan, IL 60551

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick Semrad
Robert J. Semrad & Associates, LLC
20 S Clark St, Ste. 2800
Chicago, IL 60603